# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0759
LT Case No. 2024-SC-002766

_____

HANAN HASSAN,

Appellant,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

Appellee.

_____

On appeal from the County Court for Hernando County.
Barbara-Jo Bell, Judge.

Hanan Hassan, Spring Hill, pro se.

No Appearance for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____